## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| USMAN L. JALLOH, | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.:** |
| | ) | |
| vs. | ) | **1:21-CV-00740-LO-TCB** |
| | ) | |
| AIR FRANCE-KLM, S.A., | ) | |
| AIR FRANCE, AND DELTA | ) | |
| AIRLINES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record, Angela M. Jimenez, Esq. is admitted or otherwise authorized to practice in this Court, and hereby appears in this case as counsel for Defendants Air France-KLM, S.A., Air France, and Delta Airlines, Inc.

Dated: July 15, 2021

HOLLAND & KNIGHT LLP

**/s/ Angela M. Jimenez**
Angela M. Jimenez (Bar No. 94206)
Holland & Knight, LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Tel: 703-720-8638
Fax: 703-720-8600
Email: angela.jimenez@hklaw.com